SLIP OPINION

Cite as 2015 Ark. 186

# SUPREME COURT OF ARKANSAS

No. D-15-308

| | |
|---|---|
| IN RE FARRIS EUGENE MERRITT, ARKANSAS BAR NO. 2001133 | **Opinion Delivered** April 30, 2015<br><br>PETITION TO SURRENDER ARKANSAS LAW LICENSE<br><br><br><br>GRANTED. |

**PER CURIAM**

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of probable disbarment, of the license of Farris Eugene Merritt of Centerton in Benton County, Arkansas, to practice law in the State of Arkansas. In his petition to voluntarily surrender his license to practice, filed with this court on April 14, 2015, Mr. Merritt acknowledges that he was convicted of two felony offenses and states that he wishes to avoid the expense, stress, and publicity of further addressing these matters.

The name of Farris Eugene Merritt shall be removed from the registry of attorneys licensed by the State of Arkansas, and he is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.